**Bobby J. GLASS, Carol Rose (Individually and as Trustee of the Walter Lewis Rose, III Estate Trust), Gary D. Stillwell, and Stephen D. Strickland, Plaintiffs–Appellees,**

and

**Federal Deposit Insurance Corporation, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 00–5137.

United States Court of Appeals, Federal Circuit.

Nov. 15, 2001.

Peter J. Broullire, III, of Albuquerque, New Mexico, for plaintiffs-appellees.

John V. Thomas, Associate General Counsel, Federal Deposit Insurance Corporation, of Washington, DC, filed a combined petition for rehearing and rehearing en banc for plaintiff-appellee. With him on the rehearing brief were John Dorsey, Tina A. Lamoreaux, and Stephen Kessler, Attorneys.

David M. Cohen, Director, Commercial Litigation Branch, Civil Division, Department of Justice, of Washington, DC, filed a response for defendant-appellant. With him on the brief were Stuart E. Schiffer, Deputy Assistant Attorney General; Jeanne E. Davidson, Deputy Director;

Katherine M. Kelly, Michael M. Duclos, and William G. Kanellis, Trial Attorneys.

Before MICHEL, Circuit Judge, ARCHER, Senior Circuit Judge, and SCHALL, Circuit Judge.

### ORDER

The FDIC has petitioned for rehearing of this court's decision dated July 24, 2001 [258 F.3d 1349]. We grant the FDIC's petition for the limited purpose of amending our earlier opinion as follows:

(1) The sentence beginning at page 11, line 5 [258 F.3d at 1355] is amended to read:

"While any net recovery by the FDIC would be distributed to creditors under the statutory scheme applicable to the Security receivership, in this case FRF–RTC has priority over all other creditors under this statutory scheme."

So ORDERED.